UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05-40117FDS

Elizabeth R.-L. by her parent and ) 
next friend, Ariana R. )
  Plaintiffs, ) Civil
 ) Action
v. ) No.
 )
Worcester Public Schools and )
Massachusetts Dept of Education )
Bureau of Special Education Appeals )

Motion to Seal the Case

Now comes Ariana R., mother of Elizabeth R.-L. and acting pro se on her behalf and moves this Honorable Court to seal this case.

As grounds for this Motion, Ariana R. states that the Plaintiff is a child, she is six years old and her birthday is on June 15, 1999. She has been diagnosed with autism and pervasive developmental

disorder.

This case needs to be sealed to prevent her and her mother ~~and~~ any embarrassment and to keep the issues in this case private.

Respectfully submitted

_Arianna R_ acting pro se     7/13/05
                               DATE