UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-CV-40117-F.D.S.

ELIZABETH R.-L., by her parent and next friend,
ARIANA R.,
    Plaintiff,

v.

WORCESTER PUBLIC SCHOOLS and
MASSACHUSETTS DEPARTMENT OF
EDUCATION, BUREAU OF SPECIAL
EDUCATION APPEALS,
    Defendants.

## ANSWER OF WORCESTER PUBLIC SCHOOLS

Defendant Worcester Public Schools answers the Plaintiff's Complaint as follows:

The Plaintiff's Complaint is an appeal of an administrative decision of the Commonwealth of Massachusetts, Bureau of Special Education Appeals (hereinafter, "BSEA"), captioned In Re: E.R. & Worcester Public Schools, BSEA #05-2967, dated June 10, 2005 (hereinafter, "BSEA decision"). The Defendant denies that the BSEA decision is contrary to law or is unsupported by substantial evidence, and further states that the decision of the BSEA is both supported by law and substantial evidence and constitutes a valid exercise of administrative discretion.

WHEREFORE, the Defendant Worcester Public Schools denies that the Plaintiff is entitled to damages, relief or an order overturning the decision of the BSEA. The Worcester Public Schools reserves the right to supplement or amend this Answer in the event that the Plaintiff amends her Complaint, which was filed *pro se*.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant states that there has been an insufficiency of service of process or insufficiency of process.

### THIRD AFFIRMATIVE DEFENSE

Defendant states that Plaintiff's causes of action are barred by reason of the Statute of Limitations.

Worcester Public Schools
by its attorney,

_____
Paige L. Tobin, Esquire
BBO# 562138
MURPHY, LAMERE & MURPHY, P.C.
Ten Forbes Road West
P.O. Box 859003
Braintree, MA 02185
Tel. (781) 848-1850
Fax (781) 849-0749

Date: August 1, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendant Worcester Public Schools' Notice of Appearance was served upon the following parties via first class mail, postage prepaid on August 1, 2005:

Ariana Roque, pro se litigant
132 Country Club Blvd.
Worcester, MA 01605

Rhoda E. Schneider, General Counsel
Massachusetts Department of Education
350 Main Street
Malden, MA 02148-5023

_____
Paige L. Tobin, Esquire