## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ELIZABETH R.-L., by her parent and next friend,
ARIANA R.

                Plaintiff,

            v.

WORCESTER PUBLIC SCHOOLS and
MASSACHUSETTS DEPARTMENT OF
EDUCATION, BUREAU OF SPECIAL
EDUCATION APPEALS,

                Defendants.

CIVIL ACTION
NO. 05-CV-40117-FDS

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for the State defendant,

Massachusetts Department of Education, Bureau of Special Education Appeals.

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above
document was served upon the attorney of
record for each other party by mail (by hand)
on 8/9/05 .

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Sookyoung Shin
BBO # 643713
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2052

Dated: August 9, 2005