UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH R.-L., by her parent and next friend, ARIANA R.<br><br>                    Plaintiff,<br><br>             v.<br><br>WORCESTER PUBLIC SCHOOLS and MASSACHUSETTS DEPARTMENT OF EDUCATION, BUREAU OF SPECIAL EDUCATION APPEALS,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 05-CV-40117-FDS |

**STATE DEFENDANT'S NOTICE OF PREPARATION OF RECORD**

In accordance with 20 U.S.C. § 1415(i)(2)(B), defendant Massachusetts Department of Education states that a certified copy of the administrative proceedings is being prepared and will be filed upon completion.

                                        Respectfully submitted,

                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL


                                        /s/ Sookyoung Shin
                                        Sookyoung Shin
                                        BBO # 643713
                                        Assistant Attorney General
                                        Government Bureau
                                        One Ashburton Place, Room 2019
                                        Boston, MA 02108-1698
                                        (617) 727-2200, ext. 2052

Dated: August 17, 2005

## CERTIFICATE OF SERVICE

I, Sookyoung Shin, Assistant Attorney General, hereby certify that I have on this day served the within **Notice of Preparation of Record** upon all parties by causing a copy to be delivered by first class mail, postage prepaid to:

Ariana Roque, *pro se*
132 Country Club Blvd.
Worcester, MA 01605

Paige L. Tobin, Esq.
Murphy, Lamere & Murphy, P.C.
4th Floor
South Shore Executive Park
10 Forbes Road West
Braintree, MA  02184

    /s/ Sookyoung Shin
Sookyoung Shin
Assistant Attorney General
Government Bureau
(617) 727-2200, ext. 2052

Date:   August 17, 2005