UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-CV-40117-F.D.S.

ELIZABETH R.-L., by her parent and next friend,
ARIANA R.,
           Plaintiff

v.

WORCESTER PUBLIC SCHOOLS and
MASSACHUSETTS DEPARTMENT OF
EDUCATION, BUREAU OF SPECIAL
EDUCATION APPEALS,
           Defendants

## DEFENDANT WORCESTER PUBLIC SCHOOLS' MOTION TO DISMISS

The Defendant, the Worcester Public Schools, hereby motions this Honorable Court for the dismissal of Plaintiff's Complaint pursuant to Rule12(b)(6) of the Federal Rules of Civil Procedure. As grounds therefore, the Defendant states that the Plaintiff's Complaint fails to state a claim upon which relief can be granted.

In support of this Motion, the Defendant submits the attached Memorandum of Law and incorporates the same by reference herein. Defendant respectfully requests that, on the basis of the foregoing, the Honorable Court dismiss the Plaintiff's Complaint.

           MURPHY, LAMERE & MURPHY, P.C.
           **Attorneys for the Defendant, Worcester Public Schools**

    **By:**    /s/ Paige L. Tobin
           Paige L. Tobin, Esquire
           BBO #562138
           Ten Forbes Road West
           Braintree, MA 02185-9003
           (781) 848-1850

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed, postage prepaid, first class mail, a copy of the within Defendant, Worcester Public Schools, Motion To Dismiss Plaintiff's Complaint upon the following parties and counsel of record, addressed as follows, on the date set forth below:

Ariana Roque, *pro se*
132 Country Club Blvd.
Worcester, MA  01605

Sookyoung Shin, Assistant Attorney General
The Commonwealth of Massachusetts
Office of Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108-1598


　　　　　　　　　　　　　　　 /s/ Paige L. Tobin
　　　　　　　　　　　　　　　Paige L. Tobin, Esquire
　　　　　　　　　　　　　　　Date: October 5, 2005