UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E. R.-L., by her parent and next friend, A. R., | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. |
| | ) 05-40117-FDS |
| v. | ) ) ) |
| WORCESTER PUBLIC SCHOOLS and MASSACHUSETTS DEPARTMENT OF EDUCATION, BUREAU OF SPECIAL EDUCATION APPEALS, | ) ) ) ) ) |
| Defendants. | ) ) |

### ORDER OF DISMISSAL

**SAYLOR, J.**

Defendant Worcester Public Schools moved on October 5, 2005, to dismiss the complaint for failure to state a claim upon which relief can be granted. No opposition having been filed, the motion is GRANTED, and this matter is hereby DISMISSED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 4, 2005