UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| E. R.-L., by her parent and next friend, A. R., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-40117-FDS |
| v. | ) ) ) | |
| WORCESTER PUBLIC SCHOOLS and MASSACHUSETTS DEPARTMENT OF EDUCATION, BUREAU OF SPECIAL EDUCATION APPEALS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## AMENDED ORDER OF DISMISSAL

**SAYLOR, J.**

The Court's Order of Dismissal entered by the Court on November 4, 2005, is hereby amended as follows:

This is an appeal of an administrative decision by the Massachusetts Bureau of Special Education Appeals ("BSEA"). The BSEA determined on June 10, 2005, that a public school placement of plaintiff E.R.-L. with an Individualized Education Plan ("IEP"), with certain modifications, better provided her with a free and appropriate public education in the least restrictive setting, rather than the private school placement requested by her mother.

Plaintiff filed a complaint *pro se* in this Court on July 13, 2005, together with an Application for Leave to Proceed *In Forma Pauperis*. On July 26, 2005, the Court granted the application. The Court's Memorandum and Order noted that the complaint did not comply with Fed. R. Civ. P. 8(a) because plaintiff did not specify the grounds on which she objected to the

BSEA decision. The Order gave plaintiff sixty days, or until September 24, 2005, in which to file an amended complaint.

Plaintiff did not file any amended complaint within the sixty days allotted, nor did she seek an extension of time from the Court or any other relief from the Court's order. On October 5, 2005, defendant Worcester Public Schools moved to dismiss the complaint under Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Defendant Massachusetts Department of Education, Bureau of Special Education Appeals did not join the motion, and plaintiff did not oppose it.

Because the complaint, as filed, does not specify the grounds in which plaintiff objects to the BSEA decision, the motion to dismiss is GRANTED, and the case is hereby DISMISSED. **So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 9, 2005